UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROLD A. JONES, JANIS E. JONES, and KEVIN A. JONES,

        Plaintiffs,

    v.

MOUNTAIN STATES MORTGAGE CENTERS, INC., FIRST MAGNUS FINANCIAL CORPORATION and DOES 1-10,

        Defendants.

                                  /

NO. CIV. S-10-0312 LKK/GGH

O R D E R

    A status conference was held in chambers on June 14, 2010. After hearing, the court orders as follows:

    1.    A further status conference is set for August 9, 2010 at 2:00 p.m. The parties shall file updated status reports fourteen (14) days prior.

    IT IS SO ORDERED.

    DATED: June 16, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1